## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 22-43839-659 |
| | ) Honorable Kathy Surratt-States |
| VERIPAC, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT David A. Sosne and the firm of Summers Compton Wells LLC, counsel for Clayton Cameron, Carey Edwards, Sheri Edwards, Nexgen Packaging Group LLC and Network Packaging Group, LLC (the "Parties"), creditors and parties in interest herein, have by this document filed their Entry of Appearance and Request for Notices in the above-styled bankruptcy case, and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 respectfully requests that all notices given or required to be given in this proceeding be served upon the Parties and their attorneys as follows:

> David A. Sosne, Esq.
> Summers Compton Wells LLC
> 903 S. Lindbergh Blvd, Suite 200
> St. Louis, MO 63131
> (314) 991-4999
> (314) 872-0337 facsimile
> Email: dsosne@summerscomptonwells.com

FURTHER TAKE NOTICE THAT the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices and copies of any plan, application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone, facsimile, electronic transmission, the CM/ECF system or otherwise.

#2981856v1                                1

PLEASE TAKE FURTHER NOTICE that this Request for Copies of Notices, Pleadings and Orders shall not be deemed or construed as the Parties' waiver of their rights to (a) seek abstention or dismissal of this case or any proceeding filed herein, or otherwise contest venue or the court's jurisdiction over the case or any such proceeding; (b) have final orders in applicable matters, including so-called "Stern" matters and non-core claims, entered only after *de novo* review by a United States District Court; (c) demand a trial by jury in any proceeding so eligible; or (d) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; nor shall it constitute a waiver of any other rights or claims, actions, defenses, setoffs or recoupments which the Parties have or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Parties expressly reserves. This Request for Notices shall not be construed to be a consent by the Parties pursuant to 28 U.S.C. § 157(c)(2).

Respectfully Submitted,

SUMMERS COMPTON WELLS LLC

Date:  December 13, 2022

By: /s/ David A. Sosne
David A. Sosne (#28365MO)
903 S. Lindbergh Blvd, Suite 200
St. Louis, MO 63131
(314) 991-4999
(314) 872-0337 facsimile
dsosne@summerscomptonwells.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing.

December 13, 2022                                           /s/ Christina Hauck

#2981856v1                                                                                2